UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 FEB 21 P 3:57

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. __08mj 0438__ |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| _Miguel Ramos-Vargas_ ) | |
| ) | Booking No. |
| Defendant(s) ) | |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

_Jose Ortega-Martinez_

DATED: __2/21/08__

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____  
Deputy Clerk

CLERK'S OFFICE COPY  
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082