PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
|  | ) |
| vs. | ) |
|  | ) |
| Miguel Ramos-Vargas | ) |
| Defendant(s) | ) |

CRIMINAL NO. __08mj 438__

ORDER

RELEASING MATERIAL WITNESS

Booking No.

Anthony J. Battaglia

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Manuel Buenaparte-Rodriguez

DATED: __2/25/08__

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HANRICK, JR.   Clerk

by _____
            Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082